# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELANI HOLLIDAY; AND ELYSHA HOLLIDAY,

Appellants,

vs.

PUPPY HEAVEN,

Respondent.

No. 79360

**FILED**

FEB 28 2020

ELIZABETH A. CROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is an appeal from an order granting a motion to dismiss. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

On August 8, 2019, this court issued a notice directing appellants to file either an opening brief or informal brief by December 6, 2019. When appellants failed to file their brief, this court issued an order on January 14, 2020, directing appellants to file a brief by January 28, 2020. That order warned that failure to comply could result in the dismissal of this appeal as abandoned.[1]

To date, appellants have failed to file the opening brief. Accordingly, this court concludes that appellants have abandoned this appeal and

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

---

[1]A copy of this order is attached.

cc: Hon. Joanna Kishner, District Judge
Elysha Holliday
Melani Holliday
Jesse M. Sbaih & Associates, Ltd.
Eighth District Court Clerk

# IN THE SUPREME COURT OF THE STATE OF NEVADA

MELANI HOLLIDAY; AND ELYSHA HOLLIDAY,

        Appellants,

vs.

PUPPY HEAVEN,

        Respondent.

No. 79360

**FILED**

JAN 1 4 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## *ORDER TO FILE DOCUMENT*

On August 8, 2019, this court issued a notice regarding deadlines. Pursuant to that notice the opening brief or informal brief was due to be filed by December 6, 2019. To date, appellants have failed to file this document. Appellants shall have 14 days from the date of this order to file and serve the opening brief or informal brief. Failure to comply timely with this order may result in the imposition of sanctions, including dismissal of this appeal. *See* NRAP 31(d).

It is so ORDERED.

_____, C.J.
    Pickering

cc:    Elysha Holliday
        Melani Holliday
        Jesse M. Sbaih & Associates, Ltd.

SUPREME COURT
OF
NEVADA

(O) 1947A

20-01748